IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT, EASTERN DIVISION
219 SOUTH DEARBORN STREET (20th FLOOR)
CHICAGO, ILLINOIS 60604

RECEIVED
3-25-2008
MAR 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Micheal W. Dobbins
(CLERK)

Case No: _____
(Supplied by Clerk)

Ronnie Daniels
(PLAINTIFF)

Vs.

Chicago Police Department
State's Attorney Richard A. Devine
(DEFENDANTS)

**08CV1727**
**JUDGE ST.EVE**
**MAG.JUDGE COLE**

## 42 U.S.C. § 1983 CIVIL SUIT

Now comes: The Plaintiff, Ronnie Daniels, and sets forth his claims for Malicious Prosecution, Excessive and undue Force as well as Intentional Infliction of Emotional Distress.

1) I, (the plaintiff), Ronnie Daniels, states that on August 24th 2007, I was taken into custody by eight (08) officers of the 18th district station at around 11:00 P.M. and removed from 827 N. Cambridge a Chicago Housing Authority (CHA) Lower Level Apartment Complex.

2) I was searched, cuffed and removed from the premises after being questioned as to, if I knew where drugs were and informed that, "if you give us something we will let you go".

3) I, then was removed from the premises and questioned as to whom someone

named "J.R." is and asked whether or not I knew if a car was his car or not that was parked on the street of Cambridge.

4) I was then taken to the 18th district station placed in a holding cell, and two (02) hours later a officer came to the cell I was in an expressed, "Hey you're on parole, you make a good arrest, you've got a bag", while holding my parolee ID card in hand.

5) I also feel that having been upended and body-slammed to the steps of 827 N. Cambridge followed by a officer standing on my neck and back instructing me to turn over then proceeding to stand on my face and chest, threatening to put a bullet in my ass, while another officer patted me down was an act of unfounded excessive force.

6) I was never mirandarize, either at the apartment, nor the 18th district station.

7) I, (the Plaintiff), Ronnie Daniels, hereby attest to having suffered great distress, because of this blatant act of Excessive, and undue force being imposed upon my person resulting in Mental and Emotional Suffering.

Relief sought:
I, (The Plaintiff), Ronnie Daniels, do hereby request that this Honorable Court grant the relief sought in the amount of $500,000.00 for compensatory damages, and another $25,000.00 from each defendant for punitive damages, and another $20,000.00 for Emotional Distress. Petitioner prays that this relief be granted both as to law and fact.

I, (The Plaintiff), Ronnie Daniels, attest to the truth of this complaint under penalty of perjury.

signed this 19th day of March, 2008'

Respectfully submitted

*Ronnie Daniels*
RONNIE DANIELS
#20070064180
P.O. Box #089002
Chicago, Il. 60608