UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
APR 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Ronnie Daniels #20010064180

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Chicago Police Department

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 08 C 1727
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

AMENDED COMPLAINT

__X__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Ronnie Daniels

   B. List all aliases: N/A

   C. Prisoner identification number: #20070064180

   D. Place of present confinement: (C.C.D.O.C.) Cook County Department Of Correction

   E. Address: P.O. Box #089002 Chicago, IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: City Of Chicago Police Department

      Title: Chicago Police Officers

      Place of Employment: Chicago Police District 18th

   B. Defendant: _____

      Title: _____

      Place of Employment: _____

   C. Defendant: _____

      Title: _____

      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Now comes: The Plaintiff, Ronnie Daniels, and sets forth his claims for Malicious Prosecution, Excessive and undue Force, as well as Intentional Infliction of Emotional Distress.

1) I, (the plaintiff) Ronnie Daniels, states that on August 24th, 2007, I was taken into custody by eight (08) officers of the 18th district station at around 11:00 P.M., and removed from 827 N. Cambridge a Chicago Housing Authority (C.H.A.) Lower Level Apartment Complex.

2) I was searched, cuffed and removed from the premises after being questioned as to, if I knew where drugs were and informed that, "if you give us something we will let you go".

3) I, then was removed from the premises and questioned as to whom someone named, "OJ" is and asked whether or not I knew if a car was his car or not that was parked on the street of Cambridge.

4) I was then taken to the 18th district station placed in a holding cell and two (02)

4

hours later a officer came to the cell I was in an expressed, "Hey you're on parole, you make a good arrest, you've got a bag", while holding my Parolee ID Card in hand.

5) I also feel that having been upended and body-slammed to the steps of 827 N. Cambridge, followed by an officer standing on my neck and back instructing me to turn over, then proceeding to stand on my face and chest, threating to put a bullet in my ass, while another officer patted me down was an act of unfounded excessive force.

6) I was never marandized, either at the apartment, nor the 18th district station.

7) I, (The Plaintiff), Ronnie Daniels, hereby attest to having suffered great distress, because of this blatan act of Excessive, and undue force being imposed upon my person resulting in Mental and Emotional Suffering.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I, (The Plaintiff) Ronnie Daniels, do hereby request that this Honorable Court grant the relief sought in the amount of $500,000.00 for compensatory damages, and another $25,000.00 from each defendant for punitive damages, and another $20,000.00 for Emotional Distress. Petitioner prays that this relief be granted both as to Law and Fact.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20 ____

*Ronnie Daniels*
(Signature of plaintiff or plaintiffs)

RONNIE DANIELS
(Print name)

#20070064180
(I.D. Number) --- At Present Address Cook County Jail ---
Div.#05-1L-18/P.O.Box#089002/Chicago,IL. 60608
(Home Address) 4345 W. Monroe St.
Chicago, Illinois 60624
(Address)

6

Revised 9/2007

```
 4-14-2008                  CIMIS   Standard Inquiry                    8:45am

CIMIS #:    2007-0064180 IR   ID: 515752              Status: BOOK  8-25-2007
    Name: DANIELS, RONNIE
     DOB: 5-11-1960  Age: 47     Sex: M       Race: Black
  Height: 5'08"      Weight: 150 Hair: Black  Eyes: Brown    Booked: 8-25-2007

  Inmate Charges (in most serious order):
  720 ILCS 570/402(c)                         POSS AMT CON SUB EXC
   Next Court Date: 5-06-2008
       Bail Amount: $      2,500.00           Jury Trial: Y
    Housing Status: IN JAIL                 Release Date:   -  -
  Last Housing Loc: 05-L -01-L8   Adjusted Release Date:   -  -
   Sentence Status: NONE                    Sentence Time:    0 Years    0 Days
    Classification: MINIMUM
    Inmate Address: 862 E CHICAGO
                    CHICAGO                   IL

Alt=========================================================================Num=
Press the ENTER key to continue.

                        4Pending                 7Picture8Restart       0Exit
                                                    Transfer complete.
```