10/10/2007

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

FILED
APR 2 5 2008
APR 25, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

Ronnie Daniels #20070064180
Plaintiff

v.

Chicago Police Department
Defendant(s)

CASE NUMBER 08 C 1727

JUDGE Amy J. St. Eve

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Ronnie Daniels, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
   I.D. # 20070064180   Name of prison or jail: (C.C.D.O.C.) Cook County Department Of Correction
   Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount: -0-

2. Are you currently employed?  ☐Yes  ☒No
   Monthly salary or wages: -0-
   Name and address of employer: N/A

   a. If the answer is "No":
      Date of last employment: 09-06-90'
      Monthly salary or wages: $960.00
      Name and address of last employer: Jiffy Lube Inc. 3 N. Harlem Ave. Oak Park, IL

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages: -0-
      Name and address of employer: N/A

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages
      Amount -0-   Received by N/A   ☐Yes ☒No

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes   ☒No
Amount _____0_____ Received by __N/A__

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    N/A ☐Yes   ☒No
Amount _____0_____ Received by __N/A__

    d.    ☐ Pensions, ☒ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
Amount __$591.00__ Received by __August 01st, 2007__ ☒Yes ☐No

    e.    ☐ Gifts or ☐ inheritances    N/A ☐Yes   ☒No
Amount _____0_____ Received by __N/A__

    f.    ☐ Any other sources (state source: __N/A__) ☐Yes   ☒No
Amount _____0_____ Received by __N/A__

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? N/A ☐Yes ☒No Total amount: __0__
In whose name held: __N/A__ Relationship to you: __N/A__

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? N/A ☐Yes ☒No
Property: __N/A__ Current Value: __N/A__
In whose name held: __N/A__ Relationship to you: __N/A__

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? N/A ☐Yes ☒No
Address of property: _____
Type of property: __N/A__ Current value: __N/A__
In whose name held: __N/A__ Relationship to you: __N/A__
Amount of monthly mortgage or loan payments: __N/A__
Name of person making payments: __N/A__

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
    ☐Yes ☒No
Property: __N/A__
Current value: __N/A__
In whose name held: __N/A__ Relationship to you: __N/A__

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
__N/A__

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _____

_____
Signature of Applicant

RONNIE DANIELS
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Ronnie Daniels, I.D.# 2007-0064180, has the sum of $ 27.80 on account to his/her credit at (name of institution) CCDOC.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ 27.00.
(Add all deposits from all sources and then divide by number of months).

4-18-08
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

CRW MCCOY
(Print name)

rev. 10/10/2007



**TRANSACTION REPORT**
Print Date: 04/18/2008

Inmate Name: DANIELS, RONNIE　　　Balance:　$27.80
Inmate Number: 20070064180
Inmate DOB: 5/11/1960

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 04/16/2008 | ORDER DEBIT | -12.28 | 27.80 |
| 04/09/2008 | CREDIT | 40.00 | 40.08 |
| 04/09/2008 | ORDER DEBIT | -7.52 | 0.08 |
| 03/26/2008 | ORDER DEBIT | -1.77 | 7.60 |
| 03/19/2008 | ORDER DEBIT | -10.52 | 9.37 |
| 03/12/2008 | ORDER DEBIT | -20.18 | 19.89 |
| 03/06/2008 | CREDIT | 40.00 | 40.07 |
| 03/05/2008 | ORDER DEBIT | -6.09 | 0.07 |
| 02/20/2008 | ORDER DEBIT | -2.62 | 6.16 |
| 02/13/2008 | ORDER DEBIT | -16.24 | 8.78 |
| 02/06/2008 | CREDIT | 25.00 | 25.02 |
| 01/16/2008 | ORDER DEBIT | -5.97 | 0.02 |
| 01/09/2008 | ORDER DEBIT | -19.14 | 5.99 |
| 01/08/2008 | CREDIT | 25.00 | 25.13 |
| 11/27/2007 | ORDER DEBIT | -24.96 | 0.13 |
| 11/19/2007 | CREDIT | 25.00 | 25.09 |
| 11/18/2007 | ORDER DEBIT | -6.63 | 0.09 |
| 11/15/2007 | CREDIT TRANSFER | 6.62 | 6.72 |
| 10/30/2007 | ORDER DEBIT | -0.45 | 0.10 |
| 10/16/2007 | ORDER DEBIT | -1.85 | 0.55 |
| 10/15/2007 | RETURN CREDIT | 1.98 | 2.40 |
| 10/12/2007 | ORDER DEBIT | -1.98 | 0.42 |
| 10/06/2007 | RETURN CREDIT | 2.25 | 2.40 |
| 10/02/2007 | ORDER DEBIT | -2.25 | 0.15 |
| 10/01/2007 | RETURN CREDIT | 0.28 | 2.40 |
| 09/25/2007 | ORDER DEBIT | -22.88 | 2.12 |
| 09/19/2007 | CREDIT | 25.00 | 25.00 |

© 2004 ARAMARK Corporation. All Rights Reserved