CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

Ronnie Daniels

v.

Chicago Police Department 18th District Officers
Simon #18864 / Jimenez #14101
Cianflone #18206 / Eng #19079
Van Vranken #2322 / Fleming #6063
Papaianno #7644 / Panagiotopouls #7915

Case No: 08 C 1727

Honorable Judge: Amy J. St. Eve

**FILED**

MAY 14 2008
May 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re:

I, (The Plaintiff), Ronnie Daniels, hereby inform this Honorable Court, that I am incarcerated and was not allowed to attend a (Case Status Hearing), nor have I, (the plaintiff), Ronnie Daniels, received appointment of counsel, as requested at the filing of my complaint. I, (The Plaintiff), Ronnie Daniels, otherwise still seem to be faced with the same dilemma having received this (Notification Of Docket Entry), on May 08th, 2008'. Informing me of a second (Status Hearing), being set for Wednesday May 14th, 2008'.

I, (The Plaintiff), Ronnie Daniels, hereby do request of this Honorable Court to be granted reconsideration as to a dicision of, (Dismissal For Failure To Prosecute), on behalf of the plaintiff due to inaccessibility and lack of counsel.

Respectfully submitted
Ronnie Daniels
Ronnie Daniels
#20070064180
Div. #05-1L-L8
P.O. Box #089002
Chicago, Il. 60608
Thursday May 08th 2008'