United States Court Of Appeals
219 S. Dearborn Street
Chicago, Illinois 60604-1874

Ronnie Daniels
Plaintiff

Vs.

Chicago Police Department Officers
(1) Simon #18864 - (2) Jimenez #14101
(3) Cianflone #18206 - (4) Eng #19019
(5) Van Hanken #2322 - (6) Fleming #6063
(7) Rapaiannov #7644 - (8) Panagiotopouls #7915
Of The 18th District
Defendants

Case No: 08 C 1727
Judge: Amy J. St. Eve

FILED
JUN 3 0 2008
6-30-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Motion To Appeal The District Court Decision To Deny Appointment Of Counsel

Re: I, The Indigent, The Plaintiff, Ronnie Daniels, received mail from the Office of the Clerk of the U.S. District Court informing me that my motion for appointment of counsel has been denied. This denial is based on the Court expressing that (Civil litigants do not have a constitutional or statutory right to counsel). Nevertheless, a district court may, in its discretion, "request an attorney to represent any person unable to afford counsel." The Court must first determine that the indigent has made reasonable efforts to retain counsel and was unsuccessful or that the indigent was effectively precluded from making such efforts." If so, the Court must consider:
 (1) Whether, given the degree of difficulty of the case, Plaintiff appears competent to try it himself.
 (2) Whether the assistance of counsel would provide a substantial benefit to the Court or the parties, potentially affecting the outcome of the case. After considering the above stated facts the Court concluded that appointment of counsel is not warranted in this case.

The Court elects to state that, I, The Indigent, The Plaintiff, Ronnie Daniels:

(1) Articulated colorable claims, I have not alleged any physical or mental disability that might preclude me from adequately investigating the facts given rise to my complaint before the Court.

(2) Neither are the legal issuses raised in the complaint, nor the evidence that might support Plaintiffs claims are so complex or intricate that a trained attorney is necessary. Simply put, I, The Indigent, The Plaintiff, Ronnie Daniels appear more than capable of presenting my case; therefore my motion for appointment of counsel is denied at this time.

However the United States Constitution Amendment XIV, states; All persons born or naturalized in the United States and subject to the Jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its Jurisdiction the equal protection of the laws.

I, The Indigent, The Plaintiff, Ronnie Daniels, do hereby state that I attempted to obtain legal representation as follows:

(1) I wrote to Kirland & Ellis 200 E. Randolph St. Chicago, Il. 60601. Care of Mr. Terry Dee in regards to obtaining legal services pro-bono and I was informed that I wrote to them in January 2008' a bit too late.

(2) I then wrote to Sidley & Austin 1 S. Dearborn Street Chicago, Il. 60603. Care of Mr. Richard F. O'Malley in regards to obtaining legal services pro-bono and I never received a response from them in January 2008'.

(3) I last of all wrote to The Chicago Bar Association 321 S. Plymouth ct. Chicago, Il. 60611. To whom it may concern. Their response informed me that they do not do pro-bono, nor are they providers of low cost legal services in March 2008'.

In as much as I may appear to the Court to be able to try this case, I myself realize my inadequate ability to argue proficiently before the court. I believe that the assistance of counsel would in fact provide a substantial benefit to the party of the litigant, potentially affecting the outcome of the case base upon the attorney's training and understanding of law, as to my untrained usuage of words I put together from the help of my dictionary.

I am flattered by the court's decision; However I am in all earnestness requesting that this Honorable Court shall grant me legal counsel ad litem.

I, The Indigent, The Plaintiff, Ronnie Daniels, attest to the truth of the above stated facts of this Motion To Appeal The District Court Decision To Deny Appointment Of Counsel.

Signed this 25th day of June, 2008

Respectfully Submitted

Ronnie Daniels

RONNIE DANIELS
4325 W. Monroe St.
Chicago, Il. 60624