UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Ronnie Daniels
                    Plaintiff,

v.                                              Case No.: 1:08−cv−01727
                                                Honorable Amy J. St. Eve

Simon, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 7, 2008:

    MINUTE entry before the Honorable Amy J. St. Eve: Plaintiffs motion to appeal the district courts decision to deny the appointment of counsel is construed as a motion to reconsider [18]. Plaintiffs motion to reconsider the denial of motion for appointment of counsel is denied for the same reasons set forth in the Courts June 3, 2008 order. Plaintiff provides no basis to reconsider that ruling. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.