USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**



| PLAINTIFF<br>RONNIE DANIELS - #2007-0064180 | COURT CASE NUMBER<br>08 C 1727    *08cv1727* |
|---|---|
| DEFENDANT<br>CHICAGO POLICE DEPARTMENT, ETAL | TYPE OF PROCESS<br>SUMMONS & COMPLAINT |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

POLICE OFFICER VAN VRANKEN, BADGE #2322- CHICAGO POLICE DEPARTMENT

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

3510 SOUTH MICHIGAN AVENUE   CHICAGO, IL   60653   *C/o Sup. Os Subpoenas*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| RONNIE DANIELS - #2007-0064180<br>COOK COUNTY JAIL<br>P.O. BOX 089002<br>CHICAGO, IL   60608 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 7 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service):

Fold

**FILED**
Jul 14, 2008
JUL 14 2008   YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>06-10-08 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>5 of 8 | District of Origin<br>No. 24 | District to Serve<br>No. 24 | Signature of Authorized USMS Deputy or Clerk   R.T. | Date<br>06-10-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described
on the individual, company, corp., etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Vincent Caffo    Legal | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date<br>6/25/08 | Time<br>2:53 | ☐ am<br>☒ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

One service fee charged same case + location See process sheet #1 for charges
REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
   if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00