**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  Case Number:  08 C 1727

Daniels v. Simon, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Salvatore Cianflone, Luis Jimenez, Thomas Simon, Kenmond Eng,

**James Von Vranken, Peter Fleming, Angelo Panagiotopoulos, and Chris Papaioannou**

| | |
|---|---|
| NAME (Type or print) <br> Shneur Z. Nathan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Shneur Z. Nathan | |
| FIRM <br> City of Chicago Law Department | |
| STREET ADDRESS <br> 30 N. LaSalle Street, Suite 1400 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6294495 | TELEPHONE NUMBER <br> 312-742-1842 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |