UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ronnie Daniels, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1727 |
| | ) | |
| v. | ) | Judge St. Eve |
| | ) | |
| Simon et al. | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:** Ronnie Daniels
4345 West Monroe Street
Chicago, Illinois 60624

    **PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant Officers' Motion for Leave to File their Motion to Dismiss *Instanter*** and served a copy of said motion upon you at the address listed above.

    **PLEASE TAKE FURTHER NOTICE** that on September 3, 2008, at 8:30 a.m., I will appear before the Honorable Judge Amy St. Eve and present the above motion.

    **DATED** at Chicago, Illinois this 21st day of August, 2008.

Respectfully submitted,

30 N. LaSalle Street, Suite 1400
Chicago, IL 60602                /S/ Shneur Z Nathan
312-742-1842                      Shneur Z. Nathan
ARDC No. 6294495            Assistant Corporation Counsel