**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois −− CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Ronnie Daniels
      Plaintiff,

v.              Case No.: 1:08−cv−01727
             Honorable Amy J. St. Eve

Simon, et al.
      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 25, 2008:

  MINUTE entry before the Honorable Amy J. St. Eve: Defendants' motion for leave to file their motion to dismiss instanter [29] is granted. Counsel should separately file the motion to dismiss upon receipt of this order. Status hearing set for 9/3/08 at 8:30 a.m. in courtroom 1241. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.