**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Ronnie Daniels
                      Plaintiff,

v.                                            Case No.: 1:08−cv−01727
                                                    Honorable Amy J. St. Eve

Simon, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 9/3/2008. Plaintiff failed to appear. Defendants' motion to dismiss [32] is entered. Plaintiff's response to be filed by 9/17/08. Reply to be filed by 9/24/08. Plaintiff's failure to respond to the motion to dismiss will result in dismissal for failure to prosecute. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.